■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD GLINSKY, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

■

In the Matter of the Arbitration between JOHN J. KELLY, as President of Local 584 of the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, A. F. of L., Respondent, and BABYLON MILK & CREAM CO., INC., Appellant.— Judgment and orders unanimously affirmed, with costs to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK v. THEODORE ADINOLFI.— Motion to dismiss appeal granted. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK v. ARTHUR COHEN.— Motion to dismiss appeal granted. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK v. MAX GASTMAN.— Motion to dismiss appeal granted. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK v. PETER GRIECO.— Motion to dismiss appeal granted. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL ROCCO.— Motion to dismiss appeal granted. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

## (November 18, 1954.)

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BJORN REED, Appellant.— Motion for reargument from the order entered March 30, 1953, unanimously denied. Insofar as the motion is addressed to the appeal from the order of April 13, 1953, unanimously granted and the determination of this court affirming that order is withdrawn. The appeal from the order of April 13, 1953, unanimously dismissed. This disposition of the appeal from the order of April 13, 1953, is without prejudice to the rights of the parties in connection with any further steps concerning said order and any appeal therefrom. Present — Peck, P. J., Dore, Callahan and Botein, JJ. [See ante, p. 870.]

■

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE EDWARDS.— Motion to dismiss appeal granted. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.